UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS HERNANDEZ-GARCIA, Defendant. | Case No.: 19CR4745-JAH  **JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INDICTMENT** |
|---|---|

Upon motion by the United States and for good cause shown, IT IS HEREBY ORDERED this case be **DISMISSED without prejudice.**

**IT SO ORDERED.**

DATED: January 8, 2020

_____
JOHN A. HOUSTON
United States District Judge

1

19CR4745-JAH